Jeremy Hare

Reg. No. 71667-050

FCI Fort Dix

P.O. Box 2000

Joint Base MDL, NJ 08640

Pro Se Defendant - Movant

10-22-20

RECEIVED

OCT 2 6 2020

AT 8:30_____M
WILLIAM T. WALSH
CLERK

United States of America,
    Plaintiff,
    v.
Jeremy Hare,
    Defendant

Case/Docket #
1:18-cr-00588-
RMB-1
Criminal Action

Clerk of the Court

U.S. District Court

District of N.J.

Camden Vicinage

Mitchell H. Cohen

U.S. Courthouse

400 Cooper St. Room 1050

Camden, NJ 08102

        ✳✳✳✳ Cover Letter ✳✳✳✳

Dear Clerk of Court and Judge Bumb,

        Could you please place this

exibit on my compassionate

Release motion. This exibit

                    -1-

is to show the severity of
the Covid-19 virus at FCI
Fort Dix. There Are Active
cases of the Covid-19 vires
with no medical care or Access
affored to me at all now.
My Dorm is now locked down
24 hours a day with to date
9 inmates leaving, who tested positive
for the Covid-19 virus. The
entire boilding was tested yesterday
with Results still pending, but I
wanted to get this Document on
the record before I possibly go
in foll quarotine and have no
Access to my paper work or
mailing of it.
        I am also scared to Death for
my Health care if I get sick. I
have been privy to my medical
records now in which they
have me listed as a 28 year
old African American male
who is feeling anxious about a
friends death in one instance

— 2 —

FROM the other Hot spots which has in turn made FCI FORT DIX A hot spot FOR the COVID-19. There ARE CURRENTLY 6 STAFF members who are infected with the COVID-19 virus of which up until my DORM having inmates infected with COVID-19 <u>were</u> <u>not</u> wearing masks.

YOUR honoR, I have a Release plan, A home that has been APPROVED by FLORIDA State PRobation, A probation officeR already assigned to me who has met my family. I certainly AM much saFeR to socially Distance and quarantine At my family home then within 6 feet of 10 other men. When you sentenced me, you wanted me to take PROgRAMS AND be 86le to Return to Society a betteR person. I have taken every PROGRAM thRown my way, I am now

-4-

locked Down 34 hours A
Day. I would be better
served on Home confinement
under the supervision of
probation to continue AA
meetings, Rehab, and any other
stipulation you might have.
under PePPeR V. U.S supRa.
this lockdown because of the
pandemic isn't the courts way
of thinking.
    Please, yooR HonoR I
plead with you to make me
safe and get me to a spot
of safety. WE now have 12
Inmates infected and 6 staff
members with the number
Climbing Daily. without Any Access
to the Unit team, becase staff alley is locked.
                    Respectfully submitted

                    Jeremy Hare
                    71667-050
                    Pro Se

—5—

## Declaration

I, Jeremy Hare, Declare under the penalty of perjury that the aforementioned statement by me was true and correct to the best of my knowledge pusuant to 28 U.S.C. §1746 that I sent A Bulliten furnished to me by the unit team And the warden of Ft. Dix.

Dated 10/22/20

Jeremy Hare
Reg No. 71667-058
FCI Cort Dix
P.O. Box 2000
Ft Dix, NJ 08640



Exibit
to
Document
38

# NOTICE TO INMATE POPULATION (AMENDED)
## October 16, 2020
## Cancellation of Inmate Visiting

Due to a recent increase in the number of positive COVID-19 cases both in the community and the institution, all social visits will be cancelled immediately. Although we value visitation as an essential part of rehabilitation, at this time we must make the difficult decision in order to protect the health and wellness of all who live, work and visit this institution.

Please contact your visitors to inform them of the change. While this suspension of visitation will be temporary, we recognize the immediate impact this decision may have on individuals throughout the institution.

We encourage you to use other means and resources available such as TRULINCS and mail to remain connected to your loved ones. During this difficult time, the FCI Fort Dix staff appreciates your patience and understanding as we continue to face this virus together. We will inform you of any changes affecting this matter.

HARE, JEREMY 71667050

5812

JEREMY HARE - 71667050
FCI FT DIX
PO. Box 2000
FT. DIX, NJ 08640

TRENTON NJ 085

22 OCT 2020 PM 5 L

Energy Awareness Month

USA FOREVER
USA FOREVER

RECEIVED

OCT 26 2020

AT 8:30_____M
WILLIAM T. WALSH
CLERK

CLERK OF the COURT
U.S. District COURT
District COURT OF N.J.
     CAMDEN Vicinage
Mitchell H. COHEN U.S. COURThouse
    400 COOPER Street - Room 1050
CAMDEN, NJ 08102
08102-157000