Jeremy Hare
Reg No. 71667-050
P.O. Box 2000
Joint Base MDL, NJ 08630

U.S. Clerk of the Court
District of New Jersey
Mitchell H. Cohen Courthouse
400 Cooper St., Room 1050
Camden, NJ 08102

Re:  United States v. Jeremy Hare
Crim. No. 1:18-cr-00588(RMB)-1

November 1, 2020



RECEIVED
NOV - 4 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

To: U.S. Clerk of the Courts

    Please file this letter as a Supplemetary Exhibit in the above referenced case. The Bureau of Prisons is reporting active cases of COVID-19 at Fort Dix. Defendant's housing unit is at the center of the current outbreak, with 154 inmates testing positive in the past week. Conditions are now so bad that it became necessary to designate Petitioner's housing unit as a quarantine unit, and move the small number of inmates testing negative for COVID-19 to a quarantine unit previously used for infected inmates. On October 29, 2020, the Bureau of Prisons reported 165 inmates and 8 staff members actively infected with COVID-19 at Fort Dix.

    Several local newspapers have reported on the rapid increase in new cases, as well as the abysmal and dangerous living conditions at Fort Dix.

See: Burlington County Times at
https://burlingtoncountytimes.com/story/news/2020/10/31/cases-covid-19-fci-fort-dix-nearly-triple/6103081002;

https://burlingtoncountytimes.com/story/news/2020/10/29/family-members-speak-out-covid-19-spreads-inside-fci-fort-dix/7553002/.

See: NJ.com at https://www.nj.com/news/2020/10/covid-19-outbreak-at-NJ-federal-prison-continues-as-reported-cases-nearly-triply-overnight.html

    This information is both urgent and critical information for use in consideration of my pending Motion for Compassionate Release.

Regards,

Jeremy Hare



```
Jeremy Hare
Reg No. 71667-050
P.O. Box 2000
Joint Base MDL, NJ 08630
```

TRENTON NJ 085

2 NOV 2020 PM 4 L

```
U.S. Clerk of the Court
District of New Jersey
Mitchell H. Cohen Courthouse
400 Cooper St., Room 150
Camden, NJ 08102
```

RECEIVED
NOV - 4 2020
AT 8:30
WILLIAM T. WALSH
CLERK