Ⓑ

Jeromy Harp
71667-050
FCI Ft. Dix
P.O. Box 2000
Ft. Dix, NJ 08640

1-6-21

Re: Compassionate Release Motion
Exhibit
Re: Case No. 1:18-CR-00588-RMB

Dear Clerk,

Please add this memo to my docket to show that it is impossible to social distance at FCI Ft Dix and I haven't gotten a new mask since July of 2020.

Very truly yours

[signature]



## **NOTICE TO THE INMATE POPULATION**

**DATE:** April 11, 2020

**FROM:** D. Ortiz, Warden

**SUBJECT:** **Protecting Yourself and Others**

In order to maintain the health of staff and inmates, the following is expected from ALL inmates:

- Wash hands with soap and water for at least 20 seconds.
- Avoid touching your eyes, nose, and mouth with unwashed hands.
- Clean and disinfect all surfaces with the approved chemical.
- Cover your cough/sneeze with tissue, immediately throw tissue in the trash and wash your hands.
- **Wear your surgical face masks!** Since Social Distancing is not possible in this environment, masks will help keep you and others from spreading viruses.
- Report symptoms (coughing, sneezing, fever, fatigue, etc.) to Health Services and/or any staff.

We ALL must do our part in protecting ourselves and others from spreading COVID-19!

71667-050
RCI Ft. Dix
P.O. Box 2000
Ft. Dix, NJ 08640

7 JAN 2021 PM 3 L

X-RAYED

Clerk of the Court
U.S. District Court of
Camden Vicinage
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street Room 1050
Camden, NJ 08102

RECEIVED
JAN 11 2021
AT 8:30____M
WILLIAM T. WALSH
CLERK

08102-157000