# NOTICE TO INMATE POPULATION
## December 29, 2020

RECEIVED
JAN 11 2021
AT 8:30 M
WILLIAM T. WALSH
CLERK

FCI Fort Dix is experiencing a surge in the number of COVID-19 cases among inmates and staff similar to the current surge in the local community and throughout our country. There are currently active inmate cases on the East and West compounds and the Camp. As a result, numerous units are on isolation and on quarantine status, in accordance with Bureau of Prisons and the Center for Disease Control guidelines.

It is important to continue to follow prevention and control measures such as wearing a mask at all times; frequent sanitation, social distancing and reporting of symptoms; including fever, cough, shortness of breath, new-onset trouble speaking, loss of taste or smell, fatigue, muscle or body aches, sore throat, and stuffy/runny nose, which may occur within 2 to 14 days of exposure.

| AREA TO BE CLEANED | FREQUENCY OF CLEANING | FREQUENCY OF DISINFECTION |
|---|---|---|
| Windows/Window Ledges | Daily | Daily |
| Toilets/Sinks | Daily | Daily |
| Trash Receptacles | Empty three times daily, or as needed; clean daily | Daily |
| Floors, Stairs, and Other Walking Surfaces | Sweep and damp-mop daily | Daily |
| Telephones | Multiple times daily | After each use |
| Microwave Ovens | Clean daily and when visibly dirty | Daily |
| Drinking Fountains | Multiple times daily | Disinfect when cleaning |
| Door/Door Jams | Multiple times daily | Disinfect when cleaning |
| Mop Sinks | Rinse and clean after every use | After each use |
| Mop Buckets | Empty and rinse after every use | After each use |
| Wet-Mop Heads | Replace with a clean mop head after each use | Launder used mop heads daily |
| Dust-Mop Heads | Replace with a clean mop head after each use | Launder used mop heads daily |
| Furnishings | Daily cleaning of multi-use common area furniture (chairs, tables, etc.) | Disinfect when cleaning |

HARE, JEREMY 71667050

Exhibit
For
Case No 18-588

1-5-21

Clerk of Court
U.S. District Court
District Court of N.J.
Camden Vicinage
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street Room 1050
Camden, NJ 08102

Dear Clerk of Court,
  Pleas add this to the docket for case No. 18-588. The situation here at Fort Dix is dire. The "surge" in the Covid-19 virus is terrible here at FCI Fort Dix. The number of inmates infected by the virus is being missreported by the BOP. Even though there are 590 inmates sick via the BOP website the numbers are

—1—

much higher well over 1200 sick inmates with different units getting re-infected a second time. Please find this internal memo asking the inmates to clean but the inmates ARE NOT given cleaning solution at all. The following is a current list of problems:

1. New inmates still are being transferred in
2. Sick inmates with Covid-19 are cooking for inmates
3. There is zero medical attention
4. Staff are not wearing masks and no staff is wearing PPE at all.
5. Inmates are not on true quarintine, they interact with other units in food service, commissaray, laundry, facilities and education.
6. I am in a building with 300 men not in isolation

-7-

Sharing phones, computers, bathrooms, showers, and all facilities without ever being cleaned.

7. Inmates never wear masks and are exposed to staff without PPE or masks all day.
8. Staff continues to cross containanat units by working in a different building and coming straight to the next building.
9. I <u>have not</u> been given a new mask since July of 2020
10. I haven't seen medical with my dizzy spells since July even though I was supposd to.
11. No more temperature checks.
12. I sleep within 3 feet of 7 other men
13. My room hasn't been

cleaned since I got here 5 weeks ago with any cleaning solution because we aren't given any.

14) I am being forced into a room 20x30 every day with 300 men for mail call and Town Hall meetings with all inmates not having a mask because we haven't been given a mask since July of 2020

15) Staff is a super spreader mixing from compound to inmate all day every day

16) I can't social distance at all and can't protect myself at all.

Your honor, whatever the Government says you can't believe what I am living through and if I make it out of here alive it is truly a miracle. As bas as the news says the

- 4 -

world is, imagine being on top of 300 other men in very small space with 2700 other men all around you infected with COVID-19. Whatever the BOP is saying they are doing to protect me they have done ZERO. I don't even have a clean mask to protect myself. The last mask I got was in July of 2020. I pray every day that I see my family again because the lack of protection the BOP is giving me is truly criminal. The BOP is doing nothing and I mean nothing. Please find the memo about the "Surge"

Very truly yours,

*[signature]*

Jeremy Haro

-5-

Jeremy Hare
71667-050
FCI FT Dix
P.O. Box 2000
FT. Dix, NJ 08640

Clerk of the Court
U.S. District Court
District of N.J.
Camden Vicinage
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street Room-1050
Camden, NJ 08102