UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : Crim. Action No. 18-588-1(RMB) |
| v. | : **ORDER** |
| JEREMY HARE, | : |
| Defendant | : |

This matter comes before the Court upon Defendant Jeremy Hare's motion to amend (Dkt. No. 43) his Expedited/Emergency Motion to Reduce Sentence for Extraordinary and Compelling Reasons Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Dkt. No. 38.) Defendant's motion to amend is in the nature of an affidavit in support of his motion to reduce sentence, based on risks posed by the spread of COVID-19 in FCI Fort Dix. For good cause, the Court will grant the motion to amend and take Defendant's affidavit under consideration.

**IT IS** therefore on this **21st day of January 2021**,

**ORDERED** that Defendant's motion to amend (Dkt. No. 43) is granted; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order on Defendant by regular U.S. mail.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**