## POSITIVE DECISION REPORT

**U.S. DEPARTMENT OF JUSTICE**  ****FEDERAL BUREAU OF PRISONS****

### Justification Report

| 1. Institution: FCI Fort Dix, NJ | | | |
|---|---|---|---|
| 2. Inmate's Name<br>Hare, Jeremy | 3. Register Number<br>71667-050 | 4. Date of Incident<br>1-14-2021 | 5. Time<br>11:00 a.m. |
| 6. Place of Incident<br>West Chapel | 7. Assignment | 8. Unit<br>5811 | |
| 9. Positive Behavior Demonstrated in Institution Related to ISDS:<br>    Daily Living Skills<br>    Mental Health Skills<br>    Wellness Skills<br>    Interpersonal Skills | | Academic Skills<br>Cognitive Skills<br>Vocational/Career Skills<br>Leisure Time Skills<br>Character Skills | |

10. Justification (Description of Positive Behavior)

During his incarceration at FCI Fort Dix, Mr. Hara has demonstrated a sincere commitment toward preparing himself for re-entry into society. Throughout his imprisonment, Mr. Hare has engaged in meaningful programming that has provided a solid foundation towards his reentry efforts. Mr. Hare is an active member of the Orthodox Jewish Population. When he was housed at the Camp, he served the community as the inmate representative. In this capacity, Mr. Hare had regular contact with the Chaplaincy Department and assisted with the planning and implementing of programs for the Jewish inmate community. Mr. Hare displayed an ability to effectively communicate with both staff and inmates. Mr. Hare's commitment to reentry was apparent as he completed multiple educational classes. Mr. Hare completed the Bureau of Prisons, Threshold Program. During this program, Mr. Hare served as a peer leader, and class spokesperson. Mr. Hare has made spiritual development a key component of his reentry preparation. For several years, Mr. Hare participates in weekly Sabbath observances, Jewish Holidays, and daily religious gatherings which requires a minyan. Having known Mr. Hare for several years as his Chaplain, I am confident that Mr. Hare has made the necessary internal decisions which would allow him to enjoy a successful reentry into society.

| 11. Printed Name/Signature of Reporting Employee<br>    Dr. Kenneth Gates, Supervisory Chaplain | 12. Date   1-14-2021 |
|---|---|
| 13. Approved by (Signature and title)<br>*Dr. Kenneth L. Gates Jr* | 14. Date<br>1-14-2021 |