Jeremy Hare
71667-050
P.O. Box 2000
FcI Fort Dix
Fort Dix, NJ 08640

RECEIVED
FEB 11 2021
AT 8:30
WILLIAM T. WALSH
CLERK
M

United States of America      :   Case/Docket #1

                              :   1:18 CR -

              U.             :   00588 - (RMB)

                              :

Jeremy Hare                   :   2-5-21

**EMERGENCY MOTION to REDUCE
SENTENCE PURSUANT to 18
U.S.C. § 3582 (c)(1)(A) ***
ON aN EMERGENCY
***Reconsideration ***

COMES NOW, Jeremy Hare,
Defendant's pro se motion
to move this Honorable
court to Reconsider modifying
his term of Imprisonment
to time Served and impose
a special condition that he
serve a period of Supervised

Release on home confinement
because the BOP Refuses
to give MR. Hare the Vaccine
FOR COVID-19 AND it is
impossible FOR MR. Hare to
PROtect Himself FROM the
Novel CORONAVIRUS at FCI
FORT DiX.

Petitioner Relief is warranted
in light of the "extraordinary and
compelling" CircumstaNces of over
1,500 inmates getting the VIRUS of
covid-19, the warden losing
his Job because the warden
didn't protect the inmates, the
BOP Refuses to give MR. Hare
the Vaccine, the New Variant
of the Covid-19 virus, and that
it is Impossible to Social
Distance. Your Honor, MR. Hare
goes to Half Way House on
August 10, 2021 which is 6
months away. MR. Hare has
test negative 10 times for
the Covid-19 virus and lives

— 2 —

in the only building 581) that
has not been infected on the
entire compound which Houses
the only 300 men that haven't
been Infected.

The Defendant Jeremy Hare
Respectfully Requests that this
court Reduce his Sentence to
time served with Immediate
Release From custody of the
BOP pursuant to Section 603
of the First Step Act (FSA)
of 2018 Pub. L. 115-219, 132
stat. 5194 (2018) (Amending 18
U.S.C. § 3582 (c)(1)(A)(i)).
Extraordinary and compelling
Reasons warrant such a
Reduction. The BOP Refuses
to Protect MR. Hare (see
attached Exhibit) by not
offering MR. Hare the vaccine
and not allowing MR. Hare
to protect Himself for
the Covid-19 virus. MR. Hares
Sentence and Such Reductions

- 3-

ARe consistent with applicable
policy statements Issued by the
Sentencing commission due to
the COVID-19 Pandemic.
This VeRy HoNorable court
has already Ruled in theiR
1-25-21 Opinion that MR.
HaRe does in Fact have medical
CoNditions, has IN fact exhausted
his BoP Remedies, AND the
BoP Is certainly protecting
MR. HaRE's medical NeeDs, aRe
Certainly not being taken CaRe OF
As there is No medical Attention
AND As FaR as the VacciNe
goes the BoP's position via
UNit team aND FORM BP-8 is
'' you aRe classified as a PRiority
3 inmate to Receive the vacciNe
(CDC criteria). you will be OFFeRed
ONe oF the covID-19 VacciNes once
youR pRioRity level 3 ReacHed. The
time liNe FoR you to Recieve
the vaccine is Dependent oN
Availability FRom CeNtRal OFFice
4

AND CDC" Yet the GOVERNMENT
asked this Honorable court to
believe them that the BOP is
IN Fact PROtecting MR. Hare so
much that the BOP has FIRED
the Warden, David ORtiz FOR
his Failure to protect the
INmates and Stop the spread
OF the covid-19 viRUS. This
COURt is saying to MR. Hare
by NOt Releasing him that
being unprotected FOR the Next
6 months with the world having
a Vaccine is acceptable. It is
the same as having unprotected
Sex with a KNOWN HIV positive
peRSON. The BOP has lied
countless times with the
Numbers that are positive
and Done nothing to protect
the INmates as it has cost
ORtiz his Job. The BoP
is ill equiped to address
the covid-19 pandemic
as Shown by not offering

—5—

MR. Hare the Vaccine and
leaving MR. Hare unprotected
against Covid-19. MR. Hare
has an approved viable Release
plan that will Allow MR. Hare
to self protect with Health
Insurance and access to
Doctors. MR. Hare is Asking
this Honorable Court to
Force the BOP to give
MR. Hare the Vaccine to
Protect himself OR Immediately
Release MR. Hare from the
Custody of the BOP so
that she can get his
own Vaccine and not
have a Death Sentence.
MR. Hare is Scheduled to be
Released from BOP Custody
to the Re-entry Center
on August 10, 2021, Just 6
Months from today. This
Honorable court has the
authority to Release MR. Hare
Dillon v. U.S. 560 U.S. 817, 825

-6-

(2010), the First Step Act
(FSA) 18 U.S.C. § 3582 (c)(1)(A)(1),
permits district courts to grant
compassionate Release where
the exists "extraordinary and
Compelling Reasons" to Reduce
a Sentence, AS previously stated
an agreed by the Government,
MR. Hare has exhausted his
BOP Remedies.
    This Honorable Court
Finds in the 1-25-2021 opinion
that the § 3553 factors Don't
merit Release but if MR. Hare
doesn't get the Vaccine even
with his 2ND tier medical
Conditions he could die
in custody of the BOP
with only 6 months to
go, thus Mr. Hare feel
the § 3553 factors Now
Weigh in his favor and
he prays and hopes this
Honorable court Release
MR. Hare to his family

—7—

in Florida where he can get the vaccine and self protect from Covid-19.

## Conclusion

MR. Hare asks this Honorable court to either force the BOP to give MR. Hare the Vaccine or Release MR. Hare under 18. U.S.C. § 3582 to his family in Florida which has been aproved by the Probation Department. MR. Hare will be Released From custody August 10, 2021 to halfway house which is literally 6 months away. (Attached Exhibit) from Unit team with MR. Hare's Release Date. Your Honor, I am speaking to you from my heart now. When you denied me for compassionate Release on 1-25-21 I went

— 8 —

the very next Day to Unit
team to get the vaccine
to protect myself since
the government told this
Honorable court the vaccine
was available. I am going
to be 50 years old on
March 19, 2021, in just about
a month. 191 men out of
271 men were on the list
of my building to get the
vaccine but I am not one
of them. I was ok staying
here at Fort Dix knowing
that I could be Safe and
get the vaccine but now
I have in writing I am
not a "priority" to get
the vaccine and in the
next 6 months I could
Die. I ask, plead, beg, and
pray that this Honorable
court force the BOP through
an order to give me the
vaccine or Release me to

My Family in Florida where
I can get the vaccine and
self protect. Both of my
parents who I would live
with have been given the
vaccine. I hope that you
can order the BOP to
give me the vaccine, assign
a CJA to my case through
an appointment or release
me to my family.

Respectfully Submitted

Jeremy Hare
71667-050
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

-10-

**OPI:** LEGAL DEPARTMENT
**Number:** FTD 1330.18
**Date:** November 18, 2014
**Attachment:** 1

FCI FORT DIX, NEW JERSEY
INFORMAL RESOLUTION FORM (BP-8)

You are advised that prior to receiving and filing a Request for
Administrative Remedy Form BP-9, you MUST ordinarily attempt to informally
resolve your complaint through your Correctional Counselor. Briefly
state ONE complaint below and list what efforts you have made to resolve
your complaint informally and state names of staff contacted.

Date form issued and initials of Correctional Counselor: _NJ  1/28/21_

**INMATE NAME** _Jeremy Hare_
**REGISTER NO.** _71667-050_
**BLDG.** _5811_

Date the incident complained of occurred: _Ongoing Issue_

Complaint and relief requested: _I would like to get the_
_Covid-19 vaccine since I have tested Negative_
_10 or 11 times and can't self protect myself in_
_this environment. Thank you._

**CORRECTIONAL COUNSELOR:**

Date BP-8 returned to Correctional Counselor: _____

Efforts made to informally resolve and staff contacted: _You are_
_classified as a Priority 3 inmate to receive the_
_vaccine (CDC Criteria). You will be offered one of the Covid-19_
_vaccines once your priority level 13 reached. The time line for_
_you to receive the vaccine is dependent on availability from Central office_
Date response given to inmate: _2/4/21_                               _CDC_
                                            _____
                                            Counselor    (sign)_

Date BP-9 Issued: _2.4.21_        _____
                                  Unit Manager (sign)

If complaint is NOT informally resolved: forward original attached to
BP-9 form to the Legal Assistant.

_Resubmitted on 2/4/21 - S. Boyd_

_Submitted on 1/28/21 - S. Boyd_
_20 calendar Days BPCA_

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JEREMY HARE,

      Petitioner

    V.

DAVID ORTIZ, WARDEN,

      Respondent

Civil Action No. 20-14093(RMB)

## DECLARATION OF CHRISTOPHER PALM

I, Christopher Palm, do hereby declare and state as follows:

1.   I am a Case Manager with the Federal Bureau of Prisons (the "Bureau"), Federal Correctional Institution, Fort Dix, New Jersey ("FCI Fort Dix"). I make this Declaration in connection with the Bureau's response to the petition for writ of habeas corpus filed by Petitioner Jeremy Hare, Reg. No. 71667-050, ("Petitioner").

2.   I have been a Case Manager at FCI Fort Dix since September 2019. I am aware that Petitioner alleges he is eligible for Earned Time Credit under the First Step Act ("FSA") due to a number of courses completed while incarcerated. As his Case Manager, I am involved in Petitioner's Risk and Needs Assessment and assignment of relevant programs and activities in accordance with the FSA.

3.   On December 2, 2019, Petitioner was found to be eligible to earn Earned Time Credits under 18 U.S.C. §3632(d), meaning he did not have a disqualifying offense under the statute. See **Exhibit 3**,

1

Inmate History, FSA, attached to Palm Declaration.

4.    On December 11, 2019, his Risk and Needs Assessment was conducted.  With respect to RISK, he was determined to be a Minimum risk for recidivism.  In May 2020, he was re-reviewed and determined to be a Low risk for recidivism.  Id.

5.    With respect to the NEEDS assessment, the Bureau has listed the following Needs to be assessed for each inmate: Anger/Hostility, Finance/Poverty, Antisocial Peers, Medical, Cognitions, Mental Health, Dyslexia, Recreation/Leisure/Fitness, Education, Substance Abuse, Family/Parenting, Trauma and Work.  See **Exhibit 1**, Memorandum for All CEOs, November 2019.

6.    Petitioner was determined to have a NEED in Anger/Hostility, Work, Medical, Recreation/Leisure/Fitness and Parenting.  See **Exhibit 4**, Inmate Profile.  Petitioner does not have a NEED in any other category. Id. It should be noted that his NEED for Work was determined based on his loss of UNICOR employment.  See **Exhibit 7**, Inmate History, Work. The loss of his UNICOR employment was due to his placement in the Special Housing Unit following an incident report for Code 108, Possession of a Hazardous Tool.  See **Exhibit 8**, Inmate Discipline.

7.    In order for an inmate to receive Earned Time Credit under the FSA, an inmate must successfully complete one of the BOP approved Evidenced Based Recidivism Reduction ("EBRR") program or Productive Activities ("PA") related to one of the particular NEEDS assigned to that inmate.    See **Exhibit 2**, Evidence-Based Recidivism Reduction

2

("EBRR") programs and Productive Activities ("PA").  In June 2020, Petitioner was placed on the wait-list for Anger Management, an approved EBRR, in order to meet his NEED in Anger/Hostility.  See **Exhibit 4.** He has not commenced the program.  Id.  Petitioner was also recommended for a VT course, another EBRR, which would meet his NEED for Work. See **Exhibit 6**, Program Review.  He is not currently enrolled in a VT program.  Finally, Petitioner is currently participating in Phase Two of the Parenting program.  See **Exhibit 5**, Inmate History, WASPB. In order to be eligible for credit, Petitioner must complete Phases one and two; therefore, he is not yet eligible for credit based on that EBRR. See **Exhibit 2.**

8.   Petitioner has not completed any approved EBRR programs or PAs which would warrant application of Earned Time Credit at this time.

9.   Petitioner has a Residential Reentry Center placement date of August 10, 2021.  See **Exhibit 4**, Inmate Profile.

10.   Attached hereto, please find true and correct copies of the following documents:

1.   **Exhibit 1** - Memorandum for All CEOs, November 2019;

2.   **Exhibit 2** - Evidence-Based Recidivism Reduction ("EBRR") programs and Productive Activities ("PA");

3.   **Exhibit 3** - Inmate History, FSA;

4.   **Exhibit 4** - Inmate Profile;

5.   **Exhibit 5** - Inmate History, WASPB;

3

6.   **Exhibit 6** – Program Review;

7.   **Exhibit 7** – Inmate History, Work;

8.   **Exhibit 8** – Inmate Discipline.


I declare that any and all records attached
to this declaration are true and accurate
copies maintained in the ordinary course of
business by the Federal Bureau of Prisons.
I further declare that the foregoing is true
and correct to the best of my knowledge and
belief, and is given under penalty of perjury
pursuant to 28 U.S.C. §1746.


Christopher Palm
Case Manager
FCI Fort Dix

10/22/2020
Date

4

```
   JUG  535.03 *                    INMATE PROFILE                    *        10-21-2020
 PAGE 001                                                                      10:19:37
             71667-050                  REG
REGNO: 71667-050              FUNCTION: PRT DOB/AGE.:          / 49
NAME.: HARE, JEREMY                          R/S/ETH.: W/M/O    WALSH: NO
RSP..: FTD-FORT DIX FCI                       MILEAGE.: 908 MILES
PHONE: 609-723-1100       FAX: 609-724-7557
 PROJ REL METHOD: GOOD CONDUCT TIME RELEASE      FBI NO..:
 PROJ REL DATE..: 02-01-2022                     INS NO..: N/A
 PAR ELIG DATE..: N/A                            SSN.....:
 PAR HEAR DATE..:               PSYCH: NO        DETAINER: NO            CMC..: NO
OFFN/CHG RMKS: 1:18-CR-00588-RMB-1 /WIRE FRAUD    36MOS CBOP /3YRS SRT
     FACL  CATEGORY   - - - -   CURRENT ASSIGNMENT - - - - -  EFF DATE  TIME
     FTD   ADM-REL    A-DES     DESIGNATED, AT ASSIGNED FACIL 08-13-2020 0746
     FTD   CARE LEVEL CARE1     HEALTHY OR SIMPLE CHRONIC CARE 06-14-2019 0809
     FTD   CARE LEVEL CARE1-MH  CARE1-MENTAL HEALTH          08-16-2019 1055
     FTD   COR COUNSL 5812 A-K  G.THOMSON, X-6648            08-18-2019 1415
     FTD   CASE MGT   BIR CERT Y BIRTH CERTIFICATE - YES     10-15-2020 1200
     FTD   CASE MGT   CFSA      CERT FOOD SINCERITY APPROVAL 10-15-2020 1330
     FTD   CASE MGT   CV-HC DENY COVID HOME CONFINEMENT DENIAL 04-20-2020 1433
    (FTD) (CASE MGT)  (DEPEND Y) (DEPENDENTS UNDER 21 - YES) 10-15-2020 1109
     FTD   CASE MGT   PHOTO ID N PHOTO ID - NO               09-01-2020 1230
     FTD   CASE MGT   RPP PART  RELEASE PREP PGM PARTICIPATES 09-04-2019 1354
     FTD   CASE MGT   SSN CARD Y SOCIAL SECURITY CARD - YES  10-15-2020 1200
     FTD   CASE MGT   VET P/S N PARENT/SPOUSE VETERAN - NO   01-14-2020 1155
     FTD   CASE MGT   VETERAN N VETERAN - NO                 01-14-2020 1155
     FTD   CASE MGT   VWP AUTO  VICTIM/WITNESS PGM AUTO UPDATE 05-09-2019 0645
     FTD   CASE MGT   V94 COA913 V94 CURR OTHER ON/AFTER 91394 06-05-2019 0740
     FTD   CASE MGT   V94 PV    V94 PAST VIOLENCE            05-09-2019 1231
     FTD   CASE MGT   WA NO HIST NO WALSH ACT OFFENSE HISTORY 05-08-2019 1553
     FTD   CASEWORKER 5812 A-K  C.PALM, X-6647               08-18-2020 1415
     FTD   CUSTODY    IN        IN CUSTODY                   07-21-2020 1522
     FTD   DRUG PGMS  DAP NO INT DRUG ABUSE PROGRAM NO INTEREST 09-09-2020 1428
     FTD   DRUG PGMS  ED COMP   DRUG EDUCATION COMPLETE      07-15-2019 2100
    (FTD) (DRUG PGMS) (ED NONE) (DRUG EDUCATION NONE)        06-05-2019 0953
     FTD   DRUG PGMS  NR COMP   NRES DRUG TMT/COMPLETE       12-11-2019 2100
     FTD   DESIG/SENT ECHO      TEAM ECHO                    05-08-2019 1553
     FTD   DESIG/SENT FNJ YES   FNJ-FULLY COMPLIED W/JUD REC 05-09-2019 1249
    (FTD) (DESTNATION COR 4Y8)  (DISMAS CHARITIES OF ORLANDO-FL 08-10-2021 1709
     FTD   EDUCATION  C BPRT101 READING BLUEPRINTS 101 - TPC 01-09-2020 0001
    (FTD) (EDUC INFO) (ESL HAS) (ENGLISH PROFICIENT)         06-22-2019 0841
    (FTD) (EDUC INFO) (GED HAS) (COMPLETED GED OR HS DIPLOMA) 06-22-2019 0841
     FTD   FIN RESP   PART      FINANC RESP-PARTICIPATES     08-13-2019 1529
     FTD   FIRST STEP FTC ELIG  FTC-ELIGIBLE - REVIEWED      12-02-2019 1622
    (FTD) (FIRST STEP N-ANGER Y) (NEED - ANGER/HOSTILITY YES) 01-02-2020 1446
    (FTD) (FIRST STEP N-ANTISO N) NEED - ANTISOCIAL PEERS NO) 12-04-2019 0911
    (FTD) (FIRST STEP N-COGNTV N) NEED - COGNITIONS NO)      12-04-2019 0911
    (FTD) (FIRST STEP N-DYSLEX N) NEED - DYSLEXIA NO)        07-31-2020 0938
    (FTD) (FIRST STEP N-FIN PV N) NEED - FINANCE/POVERTY NO) 08-04-2020 1754
    (FTD) (FIRST STEP N-M HLTH N) NEED - MENTAL HEALTH NO)   07-25-2020 0000
    (FTD) (FIRST STEP N-MEDICL Y) NEED - MEDICAL YES)        10-19-2020 1158
    (FTD) (FIRST STEP N-RLF Y)   NEED - REC/LEISURE/FITNESS YES) 10-19-2020 1159

G0017      WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
G0002      MORE PAGES TO FOLLOW . . .
```

*Half way House Release* (handwritten annotation)



JEREMY HARE
71667-050
FCI FORT DIX
FORT DIX, NJ 08640

RECEIVED
FEB 11 2021
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Trenton P&DC NJ 086
MON 08 FEB 2021 PM

RECEIVED
FEB 11 2021
AT 8:30_____M
WILLIAM T. WALSH
CLERK

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE
Mitchell H. COHEN U.S. COURTHOUSE
400 COOPER STREET
ROOM 1050
CAMDEN, NJ 08102